FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAR 23 2010
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ROSETTA M. MCNEILL,

JUDGMENT
07-CV- 2212 (SLT)

                    Plaintiff,

   -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                    Defendant.
----------------------------------------------------------------X

      A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on March 18, 2010, denying the Commissioner's motion for judgment on the pleadings; and remanding the case to the Commissioner for further proceedings consistent with the Court's Memorandum and Order dated March 18, 2010; it is

      ORDERED and ADJUDGED that the Commissioner's motion for judgment on the pleadings is denied; and that the case is remanded to the Commissioner for further proceedings consistent with the Court's Memorandum and Order dated March 18, 2010.

Dated: Brooklyn, New York
       March 19, 2010

                                              ROBERT C. HEINEMANN
                                              Clerk of Court